1  MARTHA E. PAYAN
   XAVIER PAYAN
2  1022 N. 22nd Place, Apt.-6
   Phoenix, AZ  85006
3  (602) 465-9859

4  Pro Se



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MARTHA E. PAYAN, an individual )   No. CV-09-1917-PHX-JAT
XAVIER PAYAN, her son,         )
                               )   Plaintiff's Response To Defen-
            Plaintiffs,        )   dants' Motion To Dismiss Plain-
                               )   tiffs' Entire Complaint Becau-
       vs.                     )   se It Fails To State A Claim
                               )   Upon Which Relief Can Be Gran-
CITY OF PHOENIX, a political sub-) ted.
division of the State of Arizona,)
City of Phoenix Police Department) (Assigned to the Honorable
Central Precinct, Officers 1-5 )    James A. Teilborg)
named are:                     )
                               )
Eric S. Gunnels #8796, Chad Brou-)
wer #8801, Nathan Jordan #8463, )
Janina Austin #6618, and Joseph )
Congero #9302,                 )
                               )
            Defendants.        )
_____)

   The Plaintiffs' through themselves, as their own pro se coun-
sel, on behalf of themselves, the Plaintiffs' in this court action
hereby submits this Response to the Defendants' (2nd) Motion To
Dismiss Plaintiff's Complaint, hereby moves this court to not dis-
miss this case against the Defendants', because the Plaintiffs'
were granted a court order to submit an "Amended" Complaint, to
which the Plaintiffs' did submit, an "Amended" Complaint, which
was then accepted.

Plaintiffs' Martha E. Payan, and Xavier Payan, state to this court, that in their "Amended" Complaint, they did comply with Rule 12 (b)(6), a claim upon which relief can be granted, there were also claims of torts that were commited against them included in their (Plaintiffs'), "Amended" Complaint. Defendants' refuse to acknowledge this, and their way of thinking is unacceptable according to the law.

### Memorandum Of Points And Authorities
### (Facts)

The Plaintiffs' note that the counsel of record, Gary Verburg, for the City of Phoenix, states that Plaintiffs' refer to specific conduct by Officer Joshua R, Mesquita, in paragraph 15, 16, and 17, of their complaint, and that the court however, has dismissed the complaint against Officer Mesquita, and Officer Wheeler. The Plaintiffs' state to this court, that those dismissals were done prematurely, and will probably be overturned by the Ninth Circuit Court Of Appeals.

May 11, 2009 Claim- Plaintiffs', Martha E. Payan, and her son, Plaintiff, Xavier Payan, state to this court, that the City of Phoenix, attorney, Gary Verburg, once again, does not realize what he's saying here. He says, that the Plaintiffs' did not identify the specific persons, or how the persons acted, and collectively contributed, but Plaintiffs' state to this court, that they did identify the specific persons they listed and they are listed as City of Phoenix, City of Phoenix Police Department, Central Precinct, and Officers 1-7 as named.

Oct. 4, 2009 Claim- Once again, see: above paragraph. Our complaint, to the City of Phoenix, Police, Proffessional Standar-

1  ds Bureau, has gone "Un-answered", since October of 2009! The
2  Plaintiffs' state to this court, that this is quite un-proffess-
3  ional from the "Police Proffessional Standards Board", and seems
4  more like Police Misconduct.
5      Plaintiffs' state to this court, that the rest of the Defen-
6  dants' (2nd) Motion To Dismiss, is basically their attorney being
7  repetitive with situations, that have not yet been proven at a
8  trial.
9      Plaintiffs' Martha E. Payan, and Xavier Payan, state to this
10 court, that they have done and submitted all that was needed, to
11 advance this case closer to a trial, and that they should be giv-
12 en a chance according to the law.
13     Plaintiffs' therefore, pray to this court, that the right de-
14 cision be made in their favor, and that the Defendants' Motion To
15 Dismiss, dated May 17th, 2010, be denied, per rule of law, and the
16 Plaintiffs' will be able to expose the Defendants' for who they
17 really are, and what they really stand for.

Respectfully Submitted,

By: *Martha E. Payan* (signature)
Martha E. Payan

*Xavier Payan* (signature)
Xavier Payan

DATED: June 15, 2010

(3)

1  COPIES...to:

2

3  Gary Verburg... City of Phoenix Attorney
   hand-delivered, c/o City Clerk's Office
4  200 W. Washington St.
   Phoenix, AZ   85003
5

6

7  City of Phoenix Police Officers
   @ Central Precinct
8  1902 S. 16th Street
   Phoenix, AZ   85034
9

10

11    Eric S, Gunnels #8796
      Chad Brouwer #8801
12    Nathan Jordan #8463
      Janina Austin #6618
13    Joseph Congero #9302

14

15 Hon. James A. Teilborg
   US District Court
16 401 W. Washington St.
   Phoenix, AZ   85003
17

18

19

20

21

22

23

24

25

26

27

28

(4)